IRVING H. LAMBERT, Respondent, v. TONI KATZ, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant, within five days from service of order and upon payment of said costs, to comply with the

conditions contained in the order appealed from as to payment of costs and filing of a surety company bond. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.